# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DANIZEL HINES,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **SHELBY COUNTY, ET AL.,** | CASE NO: 17-2072-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal, Certifying An Appeal Would Not Be Taken In Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on April 18, 2018, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/18/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk